IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE:<br><br>FRANCIS XAVIER RIVERA RUIZ<br>XXX-XX-7588<br>Debtors | CASE NO. 16-00790 EAG<br><br>CHAPTER 7 |

# NOTICE TO CREDITORS
# RESCHEDULING 341 MEETING OF CREDITORS

NOTICE IS HEREBY GIVEN that the 341 meeting of creditors pursuant 11 U.SC. Section 341 (a) in above reference case will be held on January 14, 2021 at 11:45 AM **at** Meeting will be by Telephone:, Please Dial: 877-523-0933, Access Code: 2217474

WHEREFORE the debtor request that this Honourable Court, creditors and parties in interest take notice of the above mention.

**Certificate of Service**: I hereby certify that on this date, I have electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to all CM/ECF participants.

In Yauco, Puerto Rico this 28 day of December 2020.

/s/ *Nydia Gonzalez Ortiz*
NYDIA GONZALEZ ORTIZ, ESQ
USDC-PR 124006
Attorney for Debtor
**SANTIAGO & GONZALEZ LAW, LLC**
11 Betances Street
Yauco, Puerto Rico 00698
Tels: (787) 267-2205/267-2252
Fax: (939)731-3020
bufetesg@gmail.com

Case:16-00790-EAG7 Doc#:123 Filed:12/28/20 Entered:12/28/20 12:39:14 Desc: Main
Document Page 2 of 4
16-00790-EAG7 FRANCISCO JAVIER RIVERA RUIZ
Case type: bk Chapter: 7 Asset: No Vol: v US BANKRUPTCY JUDGE: EDWARD A GODOY
Date filed: 02/04/2016 Date of last filing: 12/06/2020 Plan confirmed: 04/19/2018

# Creditors

**ASUME**  
PO BOX 70376  
San Juan, PR 00936-8376  
(4244372) (cr)

**Auto Trakk, LLC**  
1500 Sycamore Road  
Suite 200  
Montoursville, PA 17754  
(4246155) (cr)

**Autotrakk Llc**  
1500 Sycamore Road  
Montoursville, PA 17754  
(4244373) (cr)

**Capital One**  
Attn: Bankruptcy  
Po Box 30285  
Salt Lake City, UT 84130  
(4244374) (cr)

**CIO**  
PO BOX 7346  
PHILADELPHIA, PA 19101-7346  
(4310957) (cr)

**COOP A/C YAUCO**  
PO BOX 3010  
Yauco, PR 00698  
(4244375) (cr)

**Coop Yauco**  
(4244377) (cr)

**Coop Yauco**  
(4244378) (cr)

**Coop Yauco**  
(4244376) (cr)

**Cooperativa De A/c De**  
(4244379) (cr)

**Cooperativa De A/c De**  
(4244380) (cr)

**Cooperativa De A/c De**  
(4244381) (cr)

**Cooperativa De A/c De**  
(4244382) (cr)

**Cooperativa De A/c De**  
(4244383) (cr)

**Cooperativa De A/c De** (4244384) (cr)

**Cooperativa De A/c De** (4244385) (cr)

**Cooperativa De A/c De** (4244386) (cr)

**Departamento de Trasportacion y Obras Publica**
Apartado 41269
San Juan, PR 00940
(4328537) (cr)

**DTOP**
PO BOX 195349
San Juan, PR 00919
(4244388) (cr)

**DTOP**
PO BOX 195349
San Juan, PR 00919
(4244387) (cr)

**Empresas Berrios Inc**
P.o. Box 674
Cidra, PR 00639
(4244390) (cr)

**Empresas Berrios Inc**
P.o. Box 674
Cidra, PR 00639
(4244389) (cr)

**First Federal Savings**
Priscilla Reyes
San Juan, PR 00908
(4244392) (cr)

**First Federal Savings**
Priscilla Reyes
San Juan, PR 00908
(4244391) (cr)

**JESSICA JUSINO**
HC-10 BOX 7937
Sabana Grande, PR 00637
(4244393) (cr)

**Midland Funding**
2365 Northside Dr
Suite 300
San Diego, CA 92108
(4244394) (cr)

**MIDLAND FUNDING LLC**
PO Box 2011
Warren, MI 48090
(4283048) (cr)

**MONEY EXPRESS**
CONSUMER SERVICE CENTER
BANKRUPTCY DIVISION (CODE 248)
PO BOX 9146 SAN JUAN PR 00908-0146
(4248226) (cr)

**RELIABLE FINANCIAL SERVICES, INC.**
P.O. BOX 21382
SAN JUAN, PR 00928-1382
(4244395) (cr)

**Synchrony Bank** (4380992)
c/o PRA Receivables Management, LLC (cr)
PO Box 41021
Norfolk VA 23541

**Synchrony Bank** (4301849)
c/o Recovery Management Systems Corp (cr)
25 SE 2nd Ave Suite 1120
Miami FL 33131-1605

**Synchrony Bank/Walmart** (4244396)
Attn: Bankruptcy (cr)
Po Box 103104
Roswell, GA 30076

**Synchrony Bank/Walmart** (4244397)
Attn: Bankruptcy (cr)
Po Box 103104
Roswell, GA 30076

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 12/28/2020 12:29:18 | | | |
| **PACER Login:** | gonzalezon:2606687:0 | **Client Code:** | |
| **Description:** | Creditor List | **Search Criteria:** | 16-00790-EAG7 Creditor Type: All |
| **Billable Pages:** | 1 | **Cost:** | 0.10 |